# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| PAMELA A. ALLISON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-cv-00012-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2017 Order.

January 26, 2017

_____

Frank G. Johns, Clerk
United States District Court